# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY SAMANTHA EDDLEMAN,** individually and on behalf of the class herein, </br></br>  Plaintiffs,</br></br> v.</br></br>**CONVERGENT OUTSOURCING, INC.,**</br></br> Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>) Civil Action No. 2:21-cv-00597-RDP</br>)</br>)</br>)</br>)</br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mary Eddleman, and defendant, Convergent Outsourcing, Inc., by and through undersigned counsel, hereby provide notice to the Court that the Parties have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement and dismissal documents. Within 60 days, the parties will file the appropriate dismissal documents with the Court.

Dated: January 13, 2022                                  Respectfully Submitted,

*/s/ Brian M. Clark, Esq.*                               */s/ Michael D. Alltmont, Esq.*
Brian M. Clark, Esq.                                     Michael D. Alltmont, Esq.
Wiggins Childs Pantazis Fisher                           Sessions, Israel & Shartle
& Goldfarb, LLC                                          3850 N. Causeway Blvd., Suite 200
The Kress Building                                       Metairie, LA 70002
301 19th Street North                                    Telephone: (504) 846-7954
Birmingham, AL 35203                                     Email: malltmont@sessions.legal
Telephone: (205) 314-0500                                *Attorney for Defendant,*
Email: bclark@wigginschilds.com                          *Convergent Outsourcing, Inc.*
*Attorney for Plaintiff,*
*Mary Samantha Eddleman*

2

## **CERTIFICATE OF SERVICE**

I certify that on January 13, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Michael D. Alltmont*
Attorney