## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARY SAMANTHA EDDLEMAN,** individually and on behalf of the class herein, | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Civil Action No. 2:21-cv-00597-RDP |
| **CONVERGENT OUTSOURCING, INC.,** | ) ) ) |
| **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this civil action, plaintiff, Mary Samantha Eddleman, and defendant, Convergent Outsourcing, Inc., hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated:  March 18, 2022                                  Respectfully Submitted,

*/s/ Brian M. Clark, Esq.*                              */s/ Michael D. Alltmont, Esq.*
Brian M. Clark, Esq.                                    Michael D. Alltmont, Esq.
Wiggins Childs Pantazis Fisher                          Sessions, Israel & Shartle
& Goldfarb, LLC                                         3850 N. Causeway Blvd., Suite 200
The Kress Building                                      Metairie, LA  70002
301 19th Street North                                   Telephone: (504) 846-7954
Birmingham, AL 35203                                    Email: malltmont@sessions.legal
Telephone: (205) 314-0500                               *Attorney for Defendant,*
Email: bclark@wigginschilds.com                         *Convergent Outsourcing, Inc.*
*Attorney for Plaintiff,*
*Mary Samantha Eddleman*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Michael D. Alltmont*
Attorney
