# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MARY SAMANTHA EDDLEMAN,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:21-CV-597-RDP |
| **CONVERGENT OUTSOURCING, INC.,** | } |
| Defendant. | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. # 35).

The parties **SHALL** bear their own costs and fees.

This case was closed on January 14, 2022 and remains **CLOSED**.

**DATED:  March 23, 2022**.


SHARON N. HARRIS, CLERK


By:_____s/Kecia Lightner_____
Deputy Clerk

---

[1] On January 14, 2022, the court entered its order dismissing this case without prejudice, pending the completion of all settlement documentation between the parties.